NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MPH TECHNOLOGIES OY,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2024-1294

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00820.

---

**ON MOTION**

---

**O R D E R**

Apple Inc. moves unopposed to dismiss MPH Technologies OY's appeal and requests that each party bear its own costs upon the dismissal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2                               MPH TECHNOLOGIES OY v. APPLE INC.

(2)  Each party shall bear its own costs.

FOR THE COURT



March 27, 2024                              Jarrett B. Perlow
Date                                        Clerk of Court

ISSUED AS A MANDATE:  March 27, 2024